Commonwealth *v.* Brown, Appellant.

Submitted November 9, 1970. *John P. Liekar,* Public Defender, for appellant; *John F. Bell,* First Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Burrell, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.